UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00741-RSE-CHL

**SHAFIKA PROPERTIES LLC,**                                                                 **Plaintiff,**

v.

**MOTORIST MUTUAL INSURANCE GROUP,**                                       **Defendant.**

**SETTLEMENT CONFERENCE REPORT**

On June 28, 2022, the undersigned conducted a settlement conference in the above matter with the following appearances:

| | |
|---|---|
| FOR PLAINTIFF: | Maher Ghareeb, representative for plaintiff; Nader G. Shunnarah, counsel |
| FOR DEFENDANT: | Bob Cosher, representative for defendant; William B. Orberson, Jr., counsel |

Settlement negotiations were conducted in good faith, and the Parties reached an agreement for the resolution of all claims.

Therefore, the undersigned Magistrate Judge recommends that this action be dismissed as settled and with leave to reinstate within thirty days after entry of the order of dismissal if the Parties fail to fulfill the terms of the settlement agreement within that time.

*Colin Lindsay* (signature)

Colin H Lindsay, Magistrate Judge
United States District Court

June 28, 2022

cc:  Counsel of record

:4 | 30