UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00741-RSE

SHAFIKA PROPERTIES LLC                                                                PLAINTIFF

VS.

MOTORIST MUTUAL INSURANCE GROUP                                        DEFENDANT

## ORDER

The parties having agreed to a settlement of all claims in this case (DN 65), and the Court being otherwise sufficiently advised, it is **HEREBY ORDERED** that this action is **DISMISSED** without prejudice. The parties shall tender an agreed order of dismissal with prejudice within **thirty (30 days)** of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days entry of this Order in the event the parties fail to fulfill the terms of the settlement agreement within that time.

*Regina S. Edwards, Magistrate Judge*
*United States District Court*

July 20, 2022

Copies:        Counsel of Record