UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00741-RSE
*Electronically Filed*

| | | |
|---|---|---|
| SHAFIKA PROPERTIES LLC | ) | |
| | ) | |
| PLAINTIFF | ) | Regina Edwards, Magistrate Judge |
| | ) | |
| v. | ) | |
| | ) | |
| MOTORISTS MUTUAL | ) | |
| INSURANCE GROUP | ) | DISMISSAL ORDER |
| | ) | |
| DEFENDANT | ) | |

By agreement of the parties, through counsel, and with the Court being otherwise duly and sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the above-styled action, in its entirety, is hereby dismissed, with prejudice.

This is a final order, there is no just cause or reason for delay.

_____
HON. REGINA S. EDWARDS, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Dated:_____

HAVE SEEN AND AGREED:

/s/ William B. Orberson
William B. Orberson
Patricia LeMeur
PHILLIPS PARKER ORBERSON &
ARNETT
716 West Main Street, Suite 300
Louisville, KY 40202
worberson@ppoalaw.com
*Counsel for Defendant*

Nader George Shunnarah
SHUNNARAH LAW
917 Lily Creek Road, Suite 300
Louisville, Kentucky 40243
Shunnarahlaw@gmail.com
*Counsel for Plaintiff*